# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CITY OF NORTH LAS VEGAS, et al., | Case No. 2:19-cv-00955-GMN-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| LEE EDWARD SZYMBORSKI, | |
| Defendant. | |

Presently before the court is defendant Lee Edward Szymborski's application to proceed *in forma pauperis* (ECF No. 4), filed on June 19, 2019. Along with an application to proceed *in forma pauperis*, plaintiff filed a notice of removal for a case "properly filed with The United States District Court, District of Nevada." (Receipt of Initiating Documents (ECF No. 1-1).) Szymborski proceeds to describe the claims in his complaint but does not include a copy of the complaint to which he refers. (*See id.*)

Szymborski has failed to attach a complaint to his application to proceed *in forma pauperis*. *See* LSR 1-4 ("A person applying for *forma pauperis* status need only submit to the clerk the original of any petition, complaint, or motion under 28 U.S.C. § 2255, along with the application to proceed *in forma pauperis*.") Without the complaint, the court is unable to determine whether Szymborski seeks to remove an action originating in state court, or if plaintiff is attempting to file a new action originating in federal court. The court will therefore defer a ruling on the application to proceed *in forma pauperis* pending the filing of Szymborski's complaint. Szymborski is ordered to file the complaint associated with this action within 30 days from the date of this order. Failure to comply with this order will result in a recommendation that this case be dismissed.

//

IT IS THEREFORE ORDERED that Szymborski must file the complaint associated with this action within 30 days from the date of this order. Failure to comply with this order will result in a recommendation that this case be dismissed.

DATED: July 10, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE